UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY L. WAMPLER,

        Plaintiff,

v.

        File no: 1:16-CV-780

        HON. ROBERT J. JONKER

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. 636(b)(1)(C).

NOW THEREFORE, the Report and Recommendation (ECF No. 18) is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's motion for an award of EAJA fees in the amount of $5,700.00 (ECF No. 16) is **GRANTED**.

Date:   July 27, 2017                /s/ Robert J. Jonker
                                                 ROBERT J. JONKER
                                                 CHIEF UNITED STATES DISTRICT JUDGE